**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:07-cr-85**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **BOBBY DEWAYNE WARREN.** | ) | |
| _____ | ) | |

      **THIS MATTER** coming on to be heard before the undersigned, pursuant to a Motion to Withdraw (#15) filed by the defendant's appointed counsel, Janna D. Allison, and it appearing to the court at the call of this matter on for hearing that the defendant had retained David Belser, attorney of Asheville, NC to represent the defendant in this matter and that Mr. Belser had filed a Notice of Appearance (#9). It appearing that good cause has been shown for the granting of said motion.

**ORDER**

      **IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw (#15) is hereby **ALLOWED** and that the defendant is **ORDERED** to pay all costs and expenses of his court appointed counsel incurred up to and including the date of this order.

Signed: November 1, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge